## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-13-00443-CR
## NO. 09-13-00444-CR

_____

## EX PARTE ANTHONY HAGAN

**On Appeal from the 356th District Court
Hardin County, Texas
Trial Cause Nos. 22102 and 22360**

## MEMORANDUM OPINION

Anthony Hagan has filed motions to dismiss his appeals. *See* Tex. R. App. P. 42.2. A request to dismiss the appeals is signed by appellant personally and joined by counsel of record. No opinion has issued in these appeals. The motion is granted, and the appeals are therefore dismissed.

APPEALS DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered January 22, 2014
Do Not Publish
Before Kreger, Horton, and Johnson, JJ.

1